UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Rebecca A. Solarz, Esq.
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
rsolarz@kmllawgroup.com
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for M&T Bank

In Re:
Christopher A. Lewis

                    Debtor

Case No: 18-11321 MBK

Chapter: 13

Judge: Michael B. Kaplan

# NOTICE OF APPEARANCE

　　Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

18 Tallwood Lane Willingboro, NJ 08046

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:01/29/2018

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　**KML Law Group, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　216 Haddon Avenue, Ste. 406
　　　　　　　　　　　　　　　　　　　　　　　　Westmont, NJ 08108
　　　　　　　　　　　　　　　　　　　　　　　　(609) 250-0700 (NJ)
　　　　　　　　　　　　　　　　　　　　　　　　(215) 627-1322 (PA)
　　　　　　　　　　　　　　　　　　　　　　　　FAX: (609) 385-2214
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant