| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **STARK & STARK**<br>A Professional Corporation<br>Jennifer D. Gould, Esquire 034681997<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ 08648-2389<br>(609) 896-9060<br>E-mails: jgould@stark-stark.com<br>Attorneys for Steward Financial Services |

| | |
|---|---|
| In re:<br><br>CHRISTOPHER LEWIS<br><br>                Debtor. | CHAPTER 13<br><br><br><br>CASE NO. 18-11321 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Stark & Stark, P.C., counsel for Steward Financial Services appears and demands, pursuant to Federal Rules of Bankruptcy Procedure 2001, 9007 and 9010(b), that all notices given or required to be given in this case and all papers service or required to be served in this case be given to and served upon the undersigned attorneys on its behalf, at the address set forth:

> Jennifer D. Gould, Esquire
> Stark & Stark, P.C.
> 993 Lenox Drive
> Building 2
> Lawrenceville, NJ  08648
> Phone: (609) 896-9060
> Facsimile: (609) 896-0629
> E-mail: jgould@stark-stark.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices of papers referred to in the Federal Rules of Bankruptcy Procedures specified above, but also without limitation, orders and notices of any application, motion, petition, pleading, request,

complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telefax or otherwise which affect or seek to affect in any way the Debtor or property or proceeds in which the Debtor may claim an interest.

        STARK & STARK, P.C.

        By: /s/ Jennifer D. Gould
          Jennifer D. Gould, Esquire
Dated: March 16, 2018    Attorneys for Steward Financial Services