| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-11321 / MBK**

Christopher A Lewis

Petition Filed Date: 01/22/2018
341 Hearing Date: 03/01/2018
Confirmation Date: 04/10/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/14/2018 | $125.00 | 17709201640 | 03/01/2018 | $125.00 | 47092740 | 04/02/2018 | $125.00 | 47982400 |
| 05/03/2018 | $486.00 | 48855900 | 06/04/2018 | $486.00 | 49605380 | 07/03/2018 | $486.00 | 50416920 |
| 08/02/2018 | $486.00 | 51192450 | 09/04/2018 | $486.00 | 52064540 | 10/02/2018 | $486.00 | 52821920 |
| 11/05/2018 | $486.00 | 53667010 | 12/04/2018 | $486.00 | 54440400 | | | |

**Total Receipts for the Period:  $4,263.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,749.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Christopher A Lewis | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $1,959.61 | $0.00 | $1,959.61 |
| 2 | MIDLAND CREDIT  AS AGENT FOR<br>»»  SYNCHRONY/LUMBER LIQUIDATORS | Unsecured Creditors | $1,418.12 | $0.00 | $1,418.12 |
| 3 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $680.89 | $0.00 | $680.89 |
| 4 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $839.66 | $0.00 | $839.66 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE/RCS DIRECT | Unsecured Creditors | $522.77 | $0.00 | $522.77 |
| 6 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE/RCS DIRECT | Unsecured Creditors | $786.08 | $0.00 | $786.08 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  APPLIED CARD | Unsecured Creditors | $2,921.82 | $0.00 | $2,921.82 |
| 8 | UNITED STATES DEPARTMENT OF EDUCATION | Unsecured Creditors | $66,791.13 | $0.00 | $66,791.13 |
| 9 | GREENBRIER EMERGENCY SERVICES, INC | Unsecured Creditors | $3,956.00 | $0.00 | $3,956.00 |
| 10 | MERRICK BANK | Unsecured Creditors | $2,114.32 | $0.00 | $2,114.32 |
| 11 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,388.72 | $0.00 | $2,388.72 |
| 12 | LVNV FUNDING LLC<br>»»  SANTANDER/GETTINGTON/WEBBANK | Unsecured Creditors | $979.05 | $0.00 | $979.05 |
| 13 | M&T BANK<br>»»  P/18 TALLWOOD LN/1ST MTG | Mortgage Arrears | $27,954.44 | $1,728.63 | $26,225.81 |
| 14 | LVNV FUNDING LLC<br>»»  WEBBANK/PROSPER | Unsecured Creditors | $802.55 | $0.00 | $802.55 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | Timepayment Corp | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | »» LEASE REJECTED (MP) | No Disbursements: Lease Rejected | | | |
| 16 | MIDLAND CREDIT AS AGENT FOR | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | »» CREDIT ONE/DC-003648-16 | No Disbursements: Filed Out of Time | | | |
| 17 | ACAR LEASING LTD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »» 2013 GMC ACADIA/LEASE | No Disbursements: Filed Out of Time - NO NOTI | | | |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,749.00 | Plan Balance: | $28,811.00 ** |
| Paid to Claims: | $3,978.63 | Current Monthly Payment: | $486.00 |
| Paid to Trustee: | $318.39 | Arrearages: | $0.00 |
| Funds on Hand: | $451.98 | Total Plan Base: | $33,560.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**