| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-11321 / MBK**

Christopher A Lewis

Petition Filed Date: 01/22/2018
341 Hearing Date: 03/01/2018
Confirmation Date: 04/10/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2019 | $486.00 | 55148240 | 02/05/2019 | $486.00 | 55994650 | 03/06/2019 | $486.00 | 56769590 |
| 04/03/2019 | $486.00 | 57546860 | 05/06/2019 | $486.00 | 58326300 | 06/05/2019 | $486.00 | 59180750 |
| 07/03/2019 | $486.00 | 59902110 | 08/05/2019 | $486.00 | 60684950 | 09/04/2019 | $486.00 | 61489430 |
| 10/07/2019 | $486.00 | 62326750 | 11/07/2019 | $486.00 | 63153830 | 11/07/2019 | $142.00 | 63153840 |
| 12/03/2019 | $486.00 | 63793120 | 12/03/2019 | $143.50 | 63793190 | | | |

**Total Receipts for the Period: $6,117.50   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,636.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Christopher A Lewis | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $1,959.61 | $0.00 | $1,959.61 |
| 2 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY/LUMBER LIQUIDATORS | Unsecured Creditors | $1,418.12 | $0.00 | $1,418.12 |
| 3 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $680.89 | $0.00 | $680.89 |
| 4 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $839.66 | $0.00 | $839.66 |
| 5 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE/RCS DIRECT | Unsecured Creditors | $522.77 | $0.00 | $522.77 |
| 6 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE/RCS DIRECT | Unsecured Creditors | $786.08 | $0.00 | $786.08 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» APPLIED CARD | Unsecured Creditors | $2,921.82 | $0.00 | $2,921.82 |
| 8 | UNITED STATES DEPARTMENT OF EDUCATION | Unsecured Creditors | $66,791.13 | $0.00 | $66,791.13 |
| 9 | GREENBRIER EMERGENCY SERVICES, INC | Unsecured Creditors | $3,956.00 | $0.00 | $3,956.00 |
| 10 | MERRICK BANK | Unsecured Creditors | $2,114.32 | $0.00 | $2,114.32 |
| 11 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,388.72 | $0.00 | $2,388.72 |
| 12 | LVNV FUNDING LLC<br>»» SANTANDER/GETTINGTON/WEBBANK | Unsecured Creditors | $979.05 | $0.00 | $979.05 |
| 13 | M&T BANK<br>»» P/18 TALLWOOD LN/1ST MTG | Mortgage Arrears | $27,954.44 | $7,484.90 | $20,469.54 |

**Chapter 13 Case No. 18-11321 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» WEBBANK/PROSPER | Unsecured Creditors | $802.55 | $0.00 | $802.55 |
| 15 | Timepayment Corp<br>»» LEASE REJECTED (MP) | Unsecured Creditors<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND CREDIT AS AGENT FOR<br>»» CREDIT ONE/DC-003648-16 | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 17 | ACAR LEASING LTD<br>»» 2013 GMC ACADIA/LEASE | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOTI | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,636.50 | Plan Balance: | $21,923.50 ** |
| Paid to Claims: | $9,734.90 | Current Monthly Payment: | $628.00 |
| Paid to Trustee: | $736.04 | Arrearages: | ($1.50) |
| Funds on Hand: | $1,165.56 | Total Plan Base: | $33,560.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.