| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 18-11321 / MBK

Christopher A Lewis

Petition Filed Date: 01/22/2018
341 Hearing Date: 03/01/2018
Confirmation Date: 04/10/2018

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2021 | $628.00 | 73733080 | 02/12/2021 | $628.00 | 74489170 | 03/10/2021 | $628.00 | 75143910 |
| 04/09/2021 | $628.00 | 75887210 | 05/11/2021 | $628.00 | 76631560 | 06/11/2021 | $628.00 | 77357410 |
| 08/06/2021 | $628.00 | 78643770 | 09/07/2021 | $628.00 | 79326270 | 10/06/2021 | $628.00 | 79981420 |
| 11/08/2021 | $628.00 | 80670250 | 12/08/2021 | $628.00 | 81335450 | 01/10/2022 | $628.00 | 81981410 |

**Total Receipts for the Period: $7,536.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $25,452.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christopher A Lewis | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $1,959.61 | $0.00 | $1,959.61 |
| 2 | MIDLAND CREDIT  AS AGENT FOR<br>»» SYNCHRONY/LUMBER LIQUIDATORS | Unsecured Creditors | $1,418.12 | $0.00 | $1,418.12 |
| 3 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $680.89 | $0.00 | $680.89 |
| 4 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $839.66 | $0.00 | $839.66 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE/RCS DIRECT | Unsecured Creditors | $522.77 | $0.00 | $522.77 |
| 6 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE/RCS DIRECT | Unsecured Creditors | $786.08 | $0.00 | $786.08 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» APPLIED CARD | Unsecured Creditors | $2,921.82 | $0.00 | $2,921.82 |
| 8 | UNITED STATES DEPARTMENT OF EDUCATION | Unsecured Creditors | $66,791.13 | $0.00 | $66,791.13 |
| 9 | GREENBRIER EMERGENCY SERVICES, INC | Unsecured Creditors | $3,956.00 | $0.00 | $3,956.00 |
| 10 | MERRICK BANK | Unsecured Creditors | $2,114.32 | $0.00 | $2,114.32 |
| 11 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,388.72 | $0.00 | $2,388.72 |
| 12 | LVNV FUNDING LLC<br>»» SANTANDER/GETTINGTON/WEBBANK | Unsecured Creditors | $979.05 | $0.00 | $979.05 |
| 13 | M&T BANK<br>»» P/18 TALLWOOD LN/1ST MTG | Mortgage Arrears | $27,954.44 | $20,804.12 | $7,150.32 |
| 14 | LVNV FUNDING LLC<br>»» WEBBANK/PROSPER | Unsecured Creditors | $802.55 | $0.00 | $802.55 |

**Chapter 13 Case No. 18-11321 / MBK**

| 15 | Timepayment Corp | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | »» LEASE REJECTED (MP) | No Disbursements: Lease Rejected | | | |
| 16 | MIDLAND CREDIT  AS AGENT FOR | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | »» CREDIT ONE/DC-003648-16 | No Disbursements: Filed Out of Time | | | |
| 17 | ACAR LEASING LTD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »» 2013 GMC ACADIA/LEASE | No Disbursements: Filed Out of Time - NO NOT | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,452.50 | Plan Balance: | $8,107.50 ** |
| Paid to Claims: | $23,054.12 | Current Monthly Payment: | $628.00 |
| Paid to Trustee: | $1,823.13 | Arrearages: | $1,254.50 |
| Funds on Hand: | $575.25 | Total Plan Base: | $33,560.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**