Certificate Number: 15111-NJ-DE-037339230

Bankruptcy Case Number: 18-11321



15111-NJ-DE-037339230

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on April 12, 2023, at 12:32 o'clock AM EDT, Christopher A Lewis completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 12, 2023

By:   /s/Rafia Yaqoob for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education