Law Offices of Peter E. Zimnis  
1245 Whitehorse-Mercerville Road  
Suite 412  
Trenton, New Jersey 08619  
(609) 581-9353  

_____

| | | |
|---|---|---|
| CHRISTOPHER LEWIS | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 13 |
| Debtors | : | |
| | : | CASE NO.: 18-11321 MBK |
| | : | <u>CERTIFICATION IN SUPPORT OF</u> |
| | : | <u>DISCHARGE</u> |
| _____ | : | |

      I, Christopher Lewis, debtor in the above captioned case request the Court issue a Discharge on my behalf.  As such, I hereby certify as follows:

1.     All payments required to be made by me to the standing Trustee under my Plan have been made and are paid in full

2.     __x___ I am not required to pay any domestic support obligations;  or

      _____ I am required to pay domestic support obligations and I have paid any and all amounts payable under a Court Order or statute that were due on or before the date of this Certification;  or

      _____ I am required to pay domestic support obligations but I have not paid all of the amounts due under a Court Order or statute as of the date of this Certification.

      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

      By: /s/ Christopher Lewis_____

DATED:  4/12/23