| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher A Lewis<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1522<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–11321–MBK | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher A Lewis

<u>6/1/23</u>　　　　　　　　　　　　　　　　　　　　**By the court:** <u>Michael B. Kaplan</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher A Lewis  
    Debtor

Case No. 18-11321-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 01, 2023      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher A Lewis, 18 Tallwood Lane, Willingboro, NJ 08046-4102 |
| cr | + | Steward Financial Services, c/o Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| 517290650 | + | Allied Interstate, Re: GEMB/Lowes/Sams Club, PO Box 4000, Warrenton, VA 20188-4000 |
| 517290657 | + | Encore Receivable Management, Inc., Re: Syncb, 400 N Rogers Rd, PO Box 3330, Olathe, KS 66063-3330 |
| 517410516 | | Greenbrier Emergency Services, INC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517290665 | + | Kivitz McKeever Lee, 701 Market Street, Suite 5000, Re: M&T Bank, Philadelphia, PA 19106-1541 |
| 517290667 | + | McCarthy Burgess & Wolff, The MB&W Buillding, 26000 Cannon Road, Re: Time Payment, Cleveland, OH 44146-1807 |
| 517290671 | | Steward Financial Svc, 499 Old Kings Hwy, Maple Shade, NJ 08052 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 01 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 01 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517531973 | + | EDI: PHINAMERI.COM | Jun 02 2023 00:51:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, POB 183853, Arlington, TX 76096-3853 |
| 517290651 | | EDI: APPLIEDBANK.COM | Jun 02 2023 00:51:00 | Applied Card Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 517290652 | + | EDI: CITICORP.COM | Jun 02 2023 00:51:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 517290653 | + | EDI: CAPITALONE.COM | Jun 02 2023 00:51:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517290655 | + | EDI: CITICORP.COM | Jun 02 2023 00:51:00 | Citibank (Best Buy), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517290656 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2023 21:08:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517290659 | | Email/Text: BNSFS@capitalsvcs.com | Jun 01 2023 20:58:00 | First Savings Credit Card/CCS, 500 E 60th Street, Sioux Falls, SD 57104 |
| 517290658 | + | EDI: AMINFOFP.COM | Jun 02 2023 00:51:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 517290660 | + | EDI: RMSC.COM | Jun 02 2023 00:45:00 | GEMB/Lowes, PO Box 981400, El Paso, TX 79998-1400 |
| 517290661 | + | EDI: RMSC.COM | Jun 02 2023 00:45:00 | GEMB/Sam's Club, PO Box 981064, El Paso, TX 79998-1064 |
| 517290663 | + | EDI: PHINAMERI.COM | Jun 02 2023 00:51:00 | GM Financial, PO Box 181145, Arlington, TX |

Case 18-11321-MBK    Doc 41    Filed 06/03/23    Entered 06/04/23 00:16:36    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2023 | Form ID: 3180W | Total Noticed: 46 |

| Recipient ID | | Notice Type | Date/Time | Recipient Address |
|---|---|---|---|---|
| | | | | 76096-1145 |
| 517290662 | + | EDI: BLUESTEM | Jun 02 2023 00:51:00 | Gettington (Web Bank), 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 517290664 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 01 2023 20:59:00 | Great Lakes Higher Education, PO Box 7860, Madison, WI 53707-7860 |
| 517410516 | | Email/Text: BNCnotices@dcmservices.com | Jun 01 2023 20:59:00 | Greenbrier Emergency Services, INC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517290654 | | EDI: JPMORGANCHASE | Jun 02 2023 00:45:00 | Chase Bank USA, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 517664271 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2023 21:09:45 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517664272 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2023 21:08:38 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517412203 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2023 21:09:45 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517412600 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2023 21:08:44 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517290666 | | Email/Text: camanagement@mtb.com | Jun 01 2023 20:59:00 | M&T Bank, 1 Fountain Plaza, Floor 3, Buffalo, NY 14203 |
| 517430425 | | Email/Text: camanagement@mtb.com | Jun 01 2023 20:59:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 517412189 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2023 21:08:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517355579 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2023 20:59:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 517290668 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2023 21:08:28 | Merrick Bank, PO Box 5721, Hicksville, NY 11802 |
| 517345406 | | EDI: PRA.COM | Jun 02 2023 00:51:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517378578 | + | EDI: JEFFERSONCAP.COM | Jun 02 2023 00:51:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517290669 | ^ | MEBN | Jun 01 2023 20:57:25 | Prosper Marketplace, 221 Main Street, #300, San Francisco, CA 94105-1909 |
| 517431903 | + | Email/Text: bncmail@w-legal.com | Jun 01 2023 20:59:00 | Prosper Marketplace Inc., C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 517400657 | | EDI: Q3G.COM | Jun 02 2023 00:51:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517290672 | + | EDI: RMSC.COM | Jun 02 2023 00:45:00 | SYNCB/Lumber Liquidators, PO Box 960061, Orlando, FL 32896-0061 |
| 517290670 | + | EDI: NAVIENTFKASMSERV.COM | Jun 02 2023 00:51:00 | Sallie Mae, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517290673 | + | EDI: RMSC.COM | Jun 02 2023 00:45:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 517291406 | + | EDI: RMSC.COM | Jun 02 2023 00:45:00 | Synchrony Bank, c/o of PRA Receivables |

Case 18-11321-MBK    Doc 41    Filed 06/03/23    Entered 06/04/23 00:16:36    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2023 | Form ID: 3180W | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517290674 | + | Email/Text: BCN@timepayment.com | Jun 01 2023 20:59:00 | Time Payment, 1600 District Ave, Ste 200, Burlington, MA 01803-5076 |
| 517290675 | | Email/Text: BCN@timepayment.com | Jun 01 2023 20:59:00 | Timepayment Corp, 16 NE Exec Office Park, Ste 200, Burlington, MA 01803 |
| 517290676 | + | Email/Text: edbknotices@ecmc.org | Jun 01 2023 20:58:00 | U.S Department of Education, PO Box 530260, Atlanta, GA 30353-0260 |
| 517400931 | | Email/Text: electronicbkydocs@nelnet.net | Jun 01 2023 20:59:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jun 03, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jennifer D. Gould | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com  mdepietro@stark-stark.com |
| John Zimnis | on behalf of Debtor Christopher A Lewis njbankruptcylaw@aol.com. |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7